# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **FASTTRAC TRANSPORTATION, LLC** <br> *Plaintiff* <br><br> V. <br><br> **PEDIGREE TECHNOLOGIES, LLC** <br> *Defendants.* | **DECLARATION OF MAHDI ESLAMIMEHR, PhD IN SUPPORT OF THE MOTION TO COMPEL AND REBUTTAL TO JOSHUA DECOCK** |

1. I, Mahdi Eslamimehr, PhD, have been retained as an expert consultant by Shackelford, Bowen, McKinley and Norton LLP on behalf of FastTrac Transportation, LLC, in the above-mentioned matter. For the purposes of this declaration, I am addressing Pedigree Technologies LLC's failure to produce source code and other materials requested in the RFPs as well as the Declaration of Joshua DeCock. I may be asked to perform additional tasks in the future, including, but not limited to, providing expert testimony concerning the parties' claims and defenses in this matter.

2. To evaluate the source code quality, I test and analyze the source code repository with a specific set of tools. Breach of contract cases have always included production of the source code. This is similar to blood analysis in a forensic investigation which requires a specific lab with specialized tools to perform that analysis. In this case, the source code needs to be analyzed by an independent expert using tools in the lab environment which will determine the quality and history

of the development, testing and release of the source code. At no time will FastTrac employees have access to the source code being tested and examined.

**Qualifications**

3. I have a MS in Computer Science from Linköping University, Sweden, an MBA from London School of Economics and Political Science, and a PhD in Computer Science from UCLA. I have also received two certificates in Management & Leadership from Harvard Business School. I was an adjunct faculty at Cal State Polytechnic Pomona and, as UCLA visiting postdoctoral scholar, I conducted research and published many papers (with over 160 academic citations, and best paper award) in software analysis of complex, and web-based applications. In addition, I have presented talks on numerous software conferences and venues. My CV is attached as **Exhibit A**.

4. I have worked as a software engineer for more than 20 years. My experience includes design, development, analysis, testing, and performance analysis for a wide range of companies and international organizations. I managed large databases on behalf of the United Nation World Food Program. I have surveyed and developed testing tools for Ericsson AB R&D and a performance analysis framework for Samsung Electronics R&D. As a CTO and COO for Clarity Global, I have designed and developed operation and business support systems, including a field service management solution for tracking and dispatching technicians and their vehicles on their daily missions.

5. My areas of expertise include software and source code analysis, performance evaluation, testing, and applications maintenance. I have performed source code analysis for more than thirty litigation matters.

**Source Code Review**

6. I expect to perform qualitative analysis over the source code of the repository produced by Pedigree Technologies in this matter. The goal of that review is to compare the source code, documentation, databases, software development process and engineering, and production server logs to industry standard practices. It is essential that I be able to use the industry standard tools at my disposal, which can provide objective metrics and measurements of software quality, security, reliability, scalability and maintainability in addition to Pedigree's software coding practices and whether they live up to industry standards.

7. In order to perform a complete analysis, I require certain technical information and data regarding Pedigree Technologies' source code, databases, software development process and engineering, and production server that will allow me to compare its systems and practices against the standards or best practices generally accepted in the computer or software industry.

**Declaration of Joshua DeCock**

8. Mr. DeCock argues that Pedigree has 1.5 million lines of source code, (which ranks among small-sized code bases with regards to lines of code (LOC)), and that it has changed many times with development, updates and testing. This assertion is precisely why independent analysis of the source code is beneficial to the trier of fact. I understand the source code is changed by developers' commits and pushes on a daily basis. Possible reasons for these changes include existing bugs, failures, security vulnerabilities and performance issues. Therefore, the production request includes the full repository containing all the releases from that period of time. An independent expert like myself can use objective tools to examine the source code and determine that the development, updates, and testing performed by Pedigree was of sufficient quality for a customer like FastTrac. This is not a subjective analysis. Rather, I use tools with objective

standards used by industry giants including Google and Facebook to determine if the Pedigree source code follows industry standard development practices.

9. I have not been asked to opine about the economic value of the source code, and therefore I do not have a response to Mr. DeCock's valuation of the software, except to say that true software product valuation requires sophisticated financial modeling and mathematical formulas which he failed to show, therefore he has no basis for his valuation. In addition, company valuation includes far more than software assets, therefore I do not understand his argument about the value of Pedigree without its software.

10. Instead, I ask to examine the source code quality. As part of Quandary Peak Research, I have performed more than thirty-five code analyses of source code for breach of contract and patent/trade secret cases, and Quandary Peak has performed hundreds of source code analyses to the point that we have built our own secure room dedicated to code review. At no time has code been leaked, lost, or accidentally released. In addition, our company would not be hired to perform technical due diligence for large corporations contemplating mergers and acquisitions and standard compliance checks on behalf of the U.S. and foreign governments were we not able to examine source code repositories of all kinds in a secure fashion.

11. When the source code was requested, as part of Exhibit C of the Brief in Support of the Motion to Compel, a description of the ease of downloading code from GitHub was included. Mr. DeCock seems to believe that this means I expect the Pedigree source code repository to be moved to GitHub for the purpose of analysis. Nothing could be further from the truth. GitHub was only an example. If Pedigree has a proprietary repository, the code can be cloned from that repository and transmitted via encrypted file to me for analysis. The cloning process from a proprietary repository is equivalent to the simplicity shown in the example in Exhibit C. Upon the

court's order and conclusion of this matter, that clone of Pedigree's code will be thoroughly wiped out with special tools from my analysis machine. At no time will FastTrac counsel or FastTrac itself have access to the source code.

12. In all breach of contract matters I have been retained for, when the product quality (here the source code and hardware together) is at issue, the source code has been produced for review and analysis on my independent review machine. While Mr. DeCock's testimony about the software development practices of Pedigree are a beneficial companion to the independent source code analysis I will perform, but there is no substitute for review and analysis of the actual source code as it developed and evolved over time. That analysis must be handled on the machine I use specifically for that purpose, using curated tools which objectively analyze many different metrics from the software development process.

13. Mr. DeCock's suggestion of a clean room computer is typically used only during patent review, where the code needs to be evaluated for infringement within the lines of code visually. In a matter focused on breach of contract, the source code needs to be shipped to an advanced software analysis lab and evaluated with objective tools which will investigate the development practices, quality of the source code, testing practices, and release strategy within the source code repository. Production of source code to an independent expert for review on a dedicated analysis machine provides the trier of fact an important set of metrics about the software in question for the trier of fact. The manner in which Pedigree addressed issues with the software and device is captured within the repository. That information can only be objectively discovered with source code review.

**Conclusion**

14. Pedigree Technologies' failure to produce the source code, as explained above, is outside the norm in matters like these. Without the appropriate source code files, documentation and databases, it is not possible to analyze properly the quality of the software developed by Pedigree Technologies in this matter. Without access to the source code repository, I am not able to analyze the source code actively in use at any point in the project's history. Pedigree's source code will not be exposed to anyone from FastTrac. Nor will any other code reviewer interact with the source code during the analysis process aside from myself. The code will only be kept at the technical lab until the matter is resolved.

**Affirmation**

15. I certify under penalty of perjury, and pursuant to the laws of the State of North Dakota, that to the best of my knowledge the preceding is true and correct.

Dated February 13, 2023

_____

Mahdi Eslamimehr, Ph.D.

# MAHDI ESLAMIMEHR

**Vice President of Technical Due Diligence**
Quandary Peak Research
205 S Broadway, Ste 300
Los Angeles, CA 90012
Phone: 323.545.0160
Email: mahdi@quandarypeak.com

EDUCATION

- **Ph.D. in Computer Science**, *University of California, Los Angeles* **Feb 2014**
- **M.S. in Computer Science**, *Linköping University, Linköping, Sweden* **Sep 2008**

DEGREES & CERTIFICATIONS

- **Business Management**, *Harvard Business School*, Boston, MA **Apr 2022**
- **Leadership Principles**, *Harvard Business School*, Boston, MA **Dec 2022**
- **Master of Business Administration (MBA)**, *London School of Economics and Political Science*, London, UK **Sep 2019**
- **Digital Maturity and Transformation Practitioner, TM Forum** **Sep 2018**

EMPLOYMENT

- **Vice President of Technical Due Diligence** **Sep 2021 – Present**
  - Leading the technical due diligence department at Quandary Peak Research. My team provides technology and IP consulting to VCs, Fortune 100, and private equity firms in matters of M&A transactions, VC startup investments, acqui-hires and IP matters.

- **Harvard Business Review Advisory Council Member** **Jul 2022 – Present**

- **Director of Software Litigations** **Jul 2021 – Sep 2022**
  *Quandary Peak Research*, Los Angeles, CA
  - Providing software analysis and expert witness testimony in software-related litigation, including patent infringement, trade secret disputes, software malfunctions, breach-of-contract suits, and other matters.
  - Performing forensic investigations of computer systems, including examining digital data, recovering lost and corrupted files, auditing digital records and logs, and analyzing document metadata.
  - Investigating software failures to determine the root cause and help clients understand whether and how such failure could have been avoided.
  - Applying advanced analytic techniques based on calibrated parametric models for valuation of software products and estimation of software development costs.

- **Chief Technology & Operating Officer** **Apr 2018 – Dec 2020**
  *Clarity Global, Sydney, Australia*

  - Applying creative initiatives to convert board strategies into actionable/measurable KPIs in doubling the company size within two years and increasing overall productivity by 20%.
  - Drafting the company's operational strategies and improving agility.
  - Overseeing regional HQs' (EMEA, APAC) performance and helping with annual operation planning with 10+ global accounts/projects and 150 staff for more than 500 M subscribers of fix (FTTx) and mobile (2G/3G/4G, Data/IP, Transmission, Voice, IMS, Circuit Switch, Broadband) networks.
  - Development and execution of technical roadmap concerning the company's vision and goals.

- Creating three R&D centers in Australia, Bulgaria, and Sri Lanka to escalate innovation and product development.

- **Chief Technology Officer**  Jan 2017 – Mar 2018
  *Clarity Global, Sydney, Australia*

  - Developing an Operational and Business Support Systems (OSS/BSS). Responsible for:
    - Designing and developing intelligent, zer0-touch, autonomous OSS of the future across SDN, NFV, vRAN with OPEN-API for empowering 5G networks (CRM, Business Assurance, Billing, Call/Contact Center)
    - Transforming from the legacy monolith and obsolete frameworks to Microservice and Kubernetes Architecture, Angular Front End, Cloud Solutions, AI/ML, and Big Data Analytics.
    - Expanding product portfolio from OSS to BOSS (BSS/OSS) full-stack with full-service orchestration from BSS layer to OSS improving business assurance.
    - Developing product roadmaps and coaching presales and technical sales teams for demos and marketing materials based on TMForum Standards, e.g., SID, eTOM, and TAM.

- **Visiting Research Fellow**  Nov 2016 – Dec 2017
  *Human Advancement Research Community (HARC), Y Combinator Research*, Los Angeles, CA
  - Worked closely with MIT Media Lab, SAP Labs, University of Washington, and University of California Los Angeles to build products and frameworks using innovative and emerging technologies in the context of Computer Simulation, Video Games, Social Systems, Programing Languages, and Compilers.

- **Expert Witness and Consultant**  Aug 2015 – Jul 2016
  *Quandary Peak Research*, Los Angeles, CA
  - Providing software analysis and expert witness testimony in software-related litigation, including patent infringement, software malfunctions, breach-of-contract suits, and other matters.
  - Applying advanced analytic techniques based on calibrated parametric models for valuation of software products and estimation of software development costs.
  - Documenting software systems architecture to identify structural similarities and differences among competing products and services and deducing the origin of software designs and code.

- **Visiting Faculty**  Jun 2014 – Jun 2015
  *Computer Science Department, University of California*, Los Angeles, CA
  - Conducting software research in the Compiler Lab in testing and formal verification of concurrent, parallel, and web-based programs.

- **Postdoctoral Scholar**  Jul 2014 – Jul 2015
  *SAP Labs / Viewpoints Research Institute*
  - Developing a new testing environment for JavaScript programs and web applications.
  - Implementing a web-based framework to improve human-computer interaction using natural language processing techniques.
  - Implementing an automatic behavior-driven testing technique for checking the correctness of web applications with natural language.
  - Implemented a new constraint-based declarative programming language for rapid web-based application prototyping.
  - Implementing a syntactically and semantically correct program generation tool with Parsing Expression Grammars for JavaScript applications.

- **Adjunct Faculty**  Sep 2013 – Jun 2014
  *California State Polytechnic,* Pomona
  - Teaching graduate and undergraduate courses (Software Engineering and Object-Oriented Design Patterns) in the Computer Science Department.

- Teaching an undergraduate course (Industrial Computation) in the Industrial and Manufacturing Engineering Department.

- **Graduate Fellow**                                                                   Sep 2008 – Feb 2014
  *Computer Science Department, University of California*, Los Angeles, CA
  - Designed and implemented VICE, a testing tool for memory management and timing analysis of event-driven embedded systems.
  - Designing and implementing several testing tools to detect concurrency bugs in large-scale Java programs, including:
    - Racagedon: A tool to detect rare data races in multithreaded Java programs.
    - Sherlock: A tool to detect rare deadlocks in multithreaded Java programs.
    - AtomChase: A tool to detect rare atomicity violations in multithreaded Java programs.

- **Graduate Research Intern**                                          Jun 2013 – Sep 2013
  *CNRS, VERIMAG,* Grenoble, France.
  - Designing and implementing a tool to estimate Worst-Case Execution Time for microcontrollers.
  - Implementing a task scheduling system for processors with no timing anomaly.

- **Graduate Research Intern**                                          Jun 2010 – Sep 2010
  *Samsung Electronics R&D Center,* San Jose.
  - Designing and implementing a scalable topology language for many-core processors, named Samsung PArallel Real-Time Architecture (SPARTA). SPARTA is a set of tools and a run-time framework that enables superior software performance through dynamic (adaptive) parallelization and system-wide coordination of processing, memory, and I/O resources.
  - Designing and implementing Components Configuration Language (CCL) as a subset of SPARTA. SPARTA's CCL is a domain-specific programming language used to rapidly generate source code for a component-based application.
  - Analyzing the performance of distributed tasks on many-core architectures for Tilera processors.

- **Software Engineer**                                                      Dec 2007 – May 2008
  *Ericsson AB R&D,* Stockholm, Sweden.
  - Designing and implementing a model-based testing framework for Ericsson's applications.
  - Analyzing accuracy and performance of telecommunication testing tools.

- **Graduate Research Intern**                                       May 2007 – Jul 2007
  *Conformiq Qtronic,* Helsinki, Finland.
  - Surveying state-of-art model-based testing tools.
  - Developing prototype applications for Conformiq tools.

- **Software Intern**                                                            Jun 2004 – Sep 2004
  *United Nations World Food Program*, Tehran, Iran.
  - Designing and implemented an internal communication database.
  - Migrating legacy databases to SQL.

CASES WITHING THE LAST FOUR YEARS WHERE I HAVE PROVIDED TESTIMONY AT TRIAL, HEARING OR DEPOSITION

- **M. Lahatte and The Lahatte Company v. S. Smith, and TopCoat Holdings, LLC**         Feb 2022 – Mar 2021
  - Jurisdiction:      American Arbitration Association

- **Ventive LLC, v. Title Pipe, Inc.**                                      Nov 2021 – Feb 2021
  - Jurisdiction:      American Arbitration Association

JOURNAL & MAGAZINE ARTICLES

- M. Eslamimehr, M. Lesani, G. Edwards, **Efficient detection, and validation of atomicity violations in concurrent programs**. *Journal of Systems and Software, Vol.137, P 618-635*, 2018.

CONFERENCE PAPERS

- O. Freiberg, J. Palsberg, M. Eslamimehr, **Retargetable Communication for Distributed Programs**. *In Proceedings of 12th International ACM SIGSOFT Conference on the Quality of Software Architectures* (*QoSA'16*), 2016.
- M. Eslamimehr, G. Edwards**, End-to-End Cross-Language Test Case Generation for Web Applications**. *In Proceedings of the 9th ACM SIGMETRICS International Conference on Performance Evaluation Methodologies and Tools (ValueTools'15)*, 2015.
- M. Eslamimehr, M. Lesani**, AtomChase: Directed Search Towards Atomicity Violations**. *In Proceedings of the 26th IEEE International Symposium on Software Reliability Engineering (ISSRE'15)*, 2015. (**Won the best paper award**)
- H. Samimi, A. Warth, M. Eslamimehr, A. Borning, **Constraints as a Design Pattern: from Sketchpad61 to Sketchpad14**. *In Proceedings of ACM SIGPLAN International Symposium on New Ideas, New Paradigms, andReflections on Programming & Software (Onward!'15)*, 2015**.**
- M. Eslamimehr, J. Palsberg, **Sherlock: Scalable Deadlock Detection for Concurrent Programs**. *In Proceedings of the 22nd ACM SIGSOFT International Symposium on the Foundations of Software Engineering* (*FSE'14*)*,* 2014**.**
- M. Eslamimehr, J. Palsberg, **Race Directed Scheduling of Concurrent Programs**. *In Proceedings of the ACM SIGPLAN Annual Symposium on Principles and Practice of Parallel Programming (PPOPP'14)*, 2014.
- M. Eslamimehr, J. Palsberg, **Testing versus static analysis of maximum stack size**. *In Proceedings of the 37th IEEE International Conference on Computers, Software & Applications (COMPSAC'13)*, 2013.

WORKSHOP PAPERS & OTHER PUBLICATIONS

- A. Warth, T. Garnock-Jones, M. Eslamimehr, **Recognizing and Generating Terms using Derivatives of Parsing Expression Grammars**. *In Proceedings of Arxiv.org*, CoRR abs/1801.10490, 2018.
- Mahdi Eslamimehr, Hesam Samimi, *Timing Analysis of Event-Driven Programs with Directed Testing*, *In Proceedings of WCET'15, 15th International Workshop on Worst-Case Execution Time Analysis, a satellite workshop of the 27th Euromicro Conference on Real-Time Systems (ECRTS 2015),* 2015*.*

POSTERS AND DEMONSTRATIONS

- *Directed Scheduling of Concurrent Programs*, UCLA Tech Forum, Jan 2014.
- *Enhancing Components Configuration Language on SPARTA*, Samsung US R&D, San Jose, 2010.
- *Scalable Topology Language for Many-Core Processors*, Samsung US R&D, San Jose, 2010.

INVITED TALKS

- *Event-Based Directed Testing*, Howard Hughes Lab, Malibu, 2013
- *Directed Testing: From FPGAs to Supercomputers*, Intel, Seattle,2012.
- *Model-Based Testing: State of Art*, Ericsson AB, Helsinki, Finland, 2008.

PATENT APPLICATIONS

- Patent Case No. UC-2014-323-1-LA. Serial No. 61/904,977, Mahdi Eslamimehr, Jens Palsberg, **Race Directed Scheduling of Concurrent Programs**, filed November 15, 2013.

MEMBERSHIP

- **California Arbitration (Founding Member)** — Nov 2022 -Present
- **Harvard Business Review (Los Angeles Chapter)** — Aug 2022 -Present
- **Los Angeles County Bar Association (LACBA)** — Aug 2021 -Present

HONORS AND AWARDS

- **Open Science Data Cloud PIRE National Science Foundation Scholarship**, 2013.
- **UCLA Graduate Division Fellowship,** 2009-2011.

TEACHING

- **Lecturer**, Software Engineering, CalPoy Pomona, Fall 2014.
- **Lecturer**, Object-Oriented Design Pattern, Calpoy Pomona, Spring 2014, Winter 2014, Fall 2013.
- **Lecturer**, Industrial Computation, Calpoy Pomona, Spring 2014, Winter 2014, Fall 2013.
- **Teaching Assistant**, Java Applications, UCLA Math Department, Winter 2013.
- **Teaching Assistant**, Compiler Construction, UCLA Computer Science Department, Fall 2012, Fall 2011.
- **Teaching Assistant**, Introduction to Computer Science, UCLA Computer Science Department, Winter 2010.
- **Teaching Assistant**, Software Engineering, Linkoping Computer Science Department, Fall 2007.
- **Teaching Assistant,** Data Structure and Algorithm, Linkoping Computer Science Department, Fall 2007.
- **Teaching Assistant,** Human-Computer Interaction, Linkoping Computer Science Department, Fall 2007.

RESEARCH COMMUNITY SERVICE

- Reviewer for the **Software: Practice and Experience (SPE)**, 2015.
- Reviewer for **IEEE Transactions on Software Engineering (TSE)**, 2015.
- Reviewer for the **5th International Conference on Computer and Communication Technology (ICCCT)**, India, 2015.
- AEC Program Committee Member for the 42nd **ACM SIGPLAN-SIGACT Symposium on Principles of Programming Languages (POPL),** 2015.
- AEC Program Committee Member for the 20th **ACM SIGPLAN Symposium on Principles and Practice of Parallel Programming (PPOPP),** 2015.
- AEC Program Committee Member for the **ACM SIGPLAN Symposium on Code Generation and Optimization (CGO),** 2015.
- AEC Program Committee Member for the 36th **ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI),** 2015.
- AEC Program Committee Member for the 28th **European Conference on Object-Oriented Programming (ECOOP)**, 2014.
- AEC Program Committee Member for the **ACM SIGPLAN Conference on Object-Oriented Programming, Systems, Language and Applications (OOPSLA)**, 2014.