IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FASTTRAC TRANSPORTATION, LLC, | )<br>) Case No. 3:22-CV-00053-PDW-ARS |
| Plaintiff, | )<br>) |
| vs. | ) **STIPULATION FOR DISMISSAL** |
| PEDIGREE TECHNOLOGIES, LLC, | )<br>) |
| Defendant. | ) |

The parties in the above-captioned matter, by and through their counsel of record, hereby stipulate and agree that the matter has been fully settled and resolved and that the lawsuit may be dismissed, with prejudice, and without further award of costs, disbursements, or attorneys' fees to any party.

Dated: January 28, 2025.

        */s/ Abigale R. Griffin*
        Aubrey J. Zuger #06281
        Abigale R. Griffin #09044
        **FREDRIKSON & BYRON, P.A.**
        51 Broadway, Suite 400
        Fargo, ND 58102-4991
        Telephone: (701) 237-8200
        azuger@fredlaw.com
        agriffin@fredlaw.com

        Todd Wind #0196514
        **FREDRIKSON & BYRON, P.A.**
        200 South Sixth Street, Suite 4000
        Minneapolis, MN  55402-1425
        Telephone: (612) 492-7000
        twind@fredlaw.com
        *Admitted Pro Hac Vice*

        ATTORNEYS FOR DEFENDANT

*/s/ J. Robin Lindley*
William A. Gage, Jr.*
J. Robin Lindley*
Laura N. Gleen*
**BUCK KEENAN LLP**
2229 San Felipe, Suite 1000
Houston, Texas 77019
(713) 225-4500 (Telephone)
(713) 225-3719 (Facsimile)
wgage@buckkeenan.com
lindley@buckkeenan.com
lgleen@buckkeenan.com

*Admitted to the United States District Court for the District of North Dakota

ATTORNEYS FOR PLAINTIFF

85152526V1